**William Earl WILLIAMS, Petitioner—Appellant,**

v.

**M. PETTIFORD, Warden FCI Med–Hi & Camp Bennettsville Complex, Respondent—Appellee.**

No. 08–8089.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 6, 2009.

William Earl Williams, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Earl Williams, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and agree with the district court's conclusion that Williams cannot show that 28 U.S.C.A. § 2255 (West Supp.2008) is inadequate or ineffective to test the legality of his detention. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*